**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAVID R. HUNTER,

Plaintiff,

and

HONORABLE PETE GREEN,
SECRETARY OF THE ARMY,

Defendant.

Case No.:     2:07-cv-14490
Honorable:    AVERN COHN
MAG. JUDGE MONA K. MAJZOUB

_____/

DAVID A. KOTWICKI (P56070)
DAVID A. KOTWICKI, P.L.C.
Attorney for Plaintiff
44825 Van Dyke
Utica, MI 48317
(586) 739-9888

WILLIAM L. WOODARD
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9786

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

NOW COMES Plaintiff, David R. Hunter (hereinafter "Mr. Hunter"), by counsel, and

pursuant to Fed.R.Civ.P.12(b)(6) and Fed.R.Civ.P. 56, respectfully requests that this honorable

Court deny Defendant's Motion to Dismiss, or in the alternative, For Summary Judgment, in its

entirety. In support of this Response, Plaintiff submits that he timely exhausted applicable

administrative remedies and that there are genuine issues of material fact. Moreover, discovery

is in its infancy, and Plaintiff should be allowed to conduct the same. Therefore, Defendant is

not entitled to a dismissal of any of Plaintiff's claims, or Summary Judgment as a matter of law.

The grounds for Plaintiff's response are set forth with specificity in the attached supporting brief.

Respectfully submitted,

s/David A. Kotwicki
DAVID A. KOTWICKI, P.L.C.
By: David A. Kotwicki (P56070)
44825 Van Dyke
Utica, MI 48317

Dated: March 7, 2008